IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID J. D'ADDABBO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EVELYN SMITH, et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING SECOND REPLY TO MOTION TO DISMISS (ECF NO. 20)**<br><br>Case No.  2:16-cv-854-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

　　　　On January 23, 2017 Plaintiff David J. D'Addabbo filed a Reply (ECF No. 20) to Defendants' Reply (ECF No. 19) in support of their Motion to Dismiss (ECF No. 14) without first requesting leave of court.  Defendants filed a Motion to Dismiss on December 12, 2016. (ECF No. 14.)  Mr. D'Addabbo filed a Response on January 4, 2017.  (ECF No. 18.)  Defendants filed a Reply in support of the Motion to Dismiss on January 23, 2017.  (ECF No. 19.)

　　　　District of Utah's local rule ("Local Rule") 7-1(b)(2)(A)-(B) allows for one response and one reply memoranda in opposition to a Fed. R. Civ. P. 12(b) motion.  Local Rule 7-1(b)(2)(A)-(B) further states that "[n]o additional memoranda will be considered without leave of court."  Mr. D'Addabbo did not seek leave of court to file a second response to Defendants' Motion to Dismiss.  Therefore, the Court strikes Mr. D'Addabbo's Reply filed on January 23, 2017.  (ECF No. 20.)

　　　　DATED this 25th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EVELYN J. FURSE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge